NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2022-2267

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00378.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   WSOU Investments LLC v. Unified Patents, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

September 29, 2022
  Date       /s/ Peter R. Marksteiner
             Peter R. Marksteiner
             Clerk of Court

**ISSUED AS A MANDATE:** September 29, 2022